UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 13-096 |
| LINDA YARLEQUE and<br>FABIO MORENO VARGAS | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the application of defendant Linda Yarleque (Peter Willis, Esq., appearing) and defendant Fabio Moreno Vargas (Carol Gillen, Assistant Federal Public Defender, appearing), with the consent of Paul J. Fishman, United States Attorney for the District of New Jersey (J. Jamari Buxton and Rachael A. Honig, Assistant U.S. Attorneys, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearances before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to such a continuance, and it appearing that the defendants waive such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The discovery in this case involves a large quantity of financial records that defense counsel requires additional time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Defense counsel has requested additional time in order to adequately prepare pretrial motions in this matter;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 8 day of October, 2013,

ORDERED that this action be, and hereby is, continued; and it is further

ORDERED that the trial in this matter shall be scheduled for November 12, 2013; and it is further

ORDERED that pretrial motions shall be filed no later than October 16, 2013; and it is further

ORDERED that the period of time from the date of this order through November 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
Rachael A. Honig
Assistant U.S. Attorney

_____
Peter Willis, Esq.
Counsel for defendant Linda Yarleque

_____
Carol Gillen
Assistant Federal Public Defender
Counsel for defendant Fabio Moreno Vargas

ORDERED that the period of time from the date of this order through November 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

———————————————
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

———————————————
Rachael A. Honig
Assistant U.S. Attorney

*Peter Willis* (signature)
———————————————
Peter Willis, Esq.
Counsel for defendant Linda Yarleque

———————————————
Carol Gillen
Assistant Federal Public Defender
Counsel for defendant Fabio Moreno Vargas

ORDERED that the period of time from the date of this order through November 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:


_____
Rachael A. Honig
Assistant U.S. Attorney



_____
Peter Willis, Esq.
Counsel for defendant Linda Yarleque


*[signed] Peter Keller for*
_____
Carol Gillen
Assistant Federal Public Defender
Counsel for defendant Fabio Moreno Vargas